IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEFFERY GREEN, #152967,           )
                                  )
          Plaintiff,              )
                                  )
v.                                )     CASE NO.  2:09-cv-326-TMH
                                  )     [wo]
LOUIS BOYD, *et al.*,             )
                                  )
          Defendants.             )

## OPINION and ORDER

On February 6, 2012, the Magistrate Judge filed a Recommendation in this case to
which no timely objections have been filed.  (Doc. No. 21).  Upon an independent review
of the file in this case and upon consideration of the Recommendation of the Magistrate
Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be
and is hereby ADOPTED, the Defendants' Motion for Summary Judgment is hereby
GRANTED, and that this case be and is hereby DISMISSED with prejudice with the costs
of this proceeding being taxed against the Plaintiff.  A Judgment in favor of the
Defendants shall be forthcoming.

DONE this 5th day of March, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE